IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

U. S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR CITIGROUP
MORTGAGE LOAN TRUST, INC. 2006-NCI,
ASSET-BACKED PASS-THROUGH
CERTIFICATES SERIES 2006-NCI,

      Plaintiff,                              No. CIV-S-12-0050 MCE KJN PS

      vs.

ROTONDA R. LLOPIS, et al.,

      Defendant.                             ORDER

_____/

      On April 26, 2012, the magistrate judge filed findings and recommendations herein (ECF No. 6) which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

      Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

      The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed April 26, 2012, (ECF No. 6) are ADOPTED;

2. This action is remanded to the Superior Court of the State of California, County of Solano; and

3. The Clerk of Court is directed to close this file and vacate any pending dates.

Dated: July 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE